IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN D. ROSS
ADC #158910                                                                                    PLAINTIFF

v.                          Case No. 2:20-cv-00235-KGB-JJV

GREG RECHCIGL,
Health Services Administrator, EARU, *et al.*                                       DEFENDANTS

### ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe regarding the screening of plaintiff John D. Ross's request for preliminary injunctive relief in his complaint (Dkt. No. 63). Mr. Ross has filed written objections to the Recommendations and submitted exhibits to those objections (Dkt. Nos. 66, 86). After careful consideration of the Recommendations and all objections, and after a *de novo* review of the record, the Court adopts the Recommendations as the Court's findings of fact and conclusions of law in all respects (Dkt. No. 63).

The Court writes to address Mr. Ross's objections (Dkt. Nos. 66, 86). Judge Volpe concluded that Mr. Ross requested a preliminary injunction from the Court directing defendants to provide him with a wheeled seat walker, to be seen by medical specialists, and to be provided pain management and other specialized medical treatment (Dkt. No. 63, at 2). Judge Volpe concluded that Mr. Ross failed to show irreparable injury and, therefore, was not entitled to injunctive relief (*Id.*). Mr. Ross takes issue with Judge Volpe's determination and submits numerous exhibits in support of his request for preliminary injunctive relief (Dkt. Nos. 66, 86). These exhibits demonstrate that this dispute has been ongoing since late 2016 or at least early 2017 (Dkt. No. 66, at 21). Mr. Ross opted to file suit in November 2020 (Dkt. No. 2). Based on a *de*

*novo* review of the record, at this time, the Court overrules Mr. Ross's objections and adopts Judge Volpe's Recommendations with respect to the request for preliminary injunctive relief. At this time, Mr. Ross's request for a temporary restraining order or for preliminary injunctive relief is denied (Dkt. No. 2). The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge