# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN D. ROSS**
**ADC #158910**                                                                                          **PLAINTIFF**

v.                                      Case No. 2:20-cv-00235-KGB

**GREG RECHCIGL,**
**Health Services Administrator, EARU,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and prior Orders entered in this matter, it is considered, ordered, and adjudged that plaintiff John D. Ross's claims are dismissed. The relief sought is denied, and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

So adjudged this 12th day of September, 2022

_____
Kristine G. Baker
United States District Judge